```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10582
   LYVETTE E NEWMAN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6413


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/13/07 .

    2.  The case was converted to Chapter 7 without confirmation, 08/17/2007.

    3.  The Debtor paid a total of $   1350.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
MERCEDES BENZ FINANCIAL  SECURED VEHIC        .00            .00         920.00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED           .00            .00
JC PENNEY NATL BANK      UNSECURED       NOT FILED           .00            .00
GOODYEAR                 UNSECURED       NOT FILED           .00            .00
HSBC                     UNSECURED       NOT FILED           .00            .00
HUNTER WARFIELD          UNSECURED       NOT FILED           .00            .00
ILL DEPT OF EMPLOYMENT S UNSECURED       NOT FILED           .00            .00
UNIFUND CORP             UNSECURED       NOT FILED           .00            .00
FREEDMAN ANSELMO LINDBER UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00           .00
PRINCIPAL PAID     920.00          .00          .00          .00        920.00
INTEREST PAID         .00          .00          .00          .00           .00
TOTAL PAID         920.00          .00          .00          .00        920.00
The Debtor's attorney, MELVIN J KAPLAN              , was allowed $   3500.00
and was paid $     394.90 .

The Trustee received $      35.10 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/16/07                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

                              PAGE   2
CASE NO. 07 B 10582 LYVETTE E NEWMAN